**FOR PUBLICATION**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| MONET DAVIS, ) ) ) Plaintiff, ) ) v. ) ) LAVERNE E. RAGSTER, President, and ) BOARD OF TRUSTEES OF THE UNIVERSITY ) OF THE VIRGIN ISLANDS, ) ) Defendants. ) _____ ) | Civil No. 2005-155 |

**ATTORNEYS:**

**Archie Jennings, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff.*

**Samuel H. Hall, Jr., Esq.**
**Marie E. ThomasGriffith, Esq.**
St. Thomas, U.S.V.I.
    *For the defendants.*

<u>**JUDGMENT**</u>

**GÓMEZ, C.J.**

    Before the Court is the motion of the defendants, LaVerne E. Ragster, President, and the Board of Trustees of the University of the Virgin Islands (collectively referred to as the "Defendants"), for summary judgment against the plaintiff, Monet Davis. For the reasons more fully stated in the Memorandum

*Davis v. Ragster, et al.*
Civil No. 2005-155
Judgment
Page 2

Opinion of even date, it is hereby

    **ORDERED** that the motion is **GRANTED**; it is further

    **ORDERED** that judgment shall be entered in favor of the Defendants on Count One's equal protection claim; it is further

    **ORDERED** that all pending motions are **DENIED** as moot; and it is further

    **ORDERED** that the Clerk of Court shall **CLOSE** this case.

                                      S\_____
                                        **CURTIS V. GÓMEZ**
                                          **Chief Judge**